JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARIE MARTINEZ, | CV 15-3723 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF LOS ANGELES, LOS ANGELES WORLD AIRPORTS, a governmental entity; MARIE O'KELLY-GREEN, individually; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the Court's August 7, 2015 Minute Order granting in part the Motion for Summary Judgment filed by defendant Los Angeles World Airports (erroneously also sued as the City of Los Angeles) ("LAWA"), which granted summary judgment to LAWA and Marie O'Kelly-Green on the federal claims asserted by plaintiff Rosemarie Martinez ("Plaintiff") and declined to exercise supplemental jurisdiction over the remaining state law claims asserted by Plaintiff in her Second Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of LAWA and Marie O'Kelly-Green on Plaintiff's first claim for violation of due process, second claim for violation of liberty interest, and third claim for impairment

of contract, all brought pursuant to 42 U.S.C. § 1983, and that Plaintiff's remaining state law claims are remanded to Los Angeles Superior Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing on her federal claims and that LAWA and Marie O'Kelly-Green shall have their costs of suit.

IT IS SO ORDERED.

DATED: August 7, 2015

                                                       Percy Anderson
                                        UNITED STATES DISTRICT JUDGE